UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEATHER MARIE BRIGGS,<br><br>　　　　Defendant. | Case No. 21-cv-03060-HSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Thomas Heaton Spitters filed a complaint and an application to proceed in forma pauperis ("IFP") on April 26, 2021. *See* Dkt. Nos. 1, 3. On April 30, 2021, Judge Westmore denied the IFP application, and directed Plaintiff to submit an amended IFP application or pay the filing fee by June 1, 2021. *See* Dkt. No. 4. As of the date of this order, Plaintiff has not done so. Accordingly, the Court **DIRECTS** Plaintiff **TO SHOW CAUSE** why the case should not be dismissed for failure to either submit an amended IFP application or pay the filing fee by the June 1 deadline. Plaintiff must file any amended IFP application by July 8, 2021. Failure to file an amended IFP application by this deadline may result in the dismissal of the action without further notice.

**IT IS SO ORDERED.**

Dated: 6/24/2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge